IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KARIM WADE,** *Plaintiff,* **v.** **CITY OF PHILADELPHIA d/b/a PHILADELPHIA DEPARTMENT OF PRISONS d/b/a DETENTION CENTER, and MELVIN HARRIS, and OFFICER HARRISON, and JOHN DOES 1-10,** *Defendants.* | **Civil No. 25-2063** |

## ORDER

**AND NOW**, this 18th day of February, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 12) and the response thereto, it is hereby **ORDERED** that Defendants' motion is **GRANTED IN PART AND DENIED IN PART** for the reasons started in the accompanying memorandum.  Plaintiff's Failure-to-Train and Supervise Claim (Count II) is **DISMISSED WITHOUT PREJUDICE.**  Plaintiff may file an amended complaint no later than March 11, 2026.[1]

BY THE COURT:

_____
MARY KAY COSTELLO, J.

---

[1]    Plaintiff's failure-to-provide medical care claim is also dismissed without prejudice at Plaintiff's request.